# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

```
_____
                                :
WILLIAM ROBERT PILKEY,          :
                                :    Civil Action
            Plaintiff,          :    05-5314 (JBS)
                                :
        v.                      :    O R D E R
                                :
LAPPIN, H. et al.,              :
                                :
            Defendants.         :
```

For the reasons set forth in the Court's Opinion filed herewith,

**IT IS on this   26th   day of    June   , 2006, hereby ORDERED** that reconsideration of the Order of January 13, 2006 is GRANTED and, the matter having been reconsidered, the Plaintiff's application to proceed in forma pauperis without prepayment of the $250.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b) is hereby granted; and it is further

**ORDERED** that the Clerk of the Court is to file the complaint in the above-captioned action; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the Court's Opinion filed herewith by regular mail on Plaintiff; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order by regular mail on the United States Attorney for the District of New Jersey and on the warden of the Federal Prison

Camp, Big Springs, Texas; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $250.00 and shall pay the entire filing fee pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

**ORDERED** that an initial partial filing fee shall be deducted and, until the $250.00 filing fee is paid, in each succeeding month during which the amount in Plaintiff's account exceeds $10.00, the agency having custody of him shall assess, deduct from his account, and forward to the Clerk of the Court payments equal to 20% of the preceding month's income credited to his account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall be referenced to the civil docket number of this action; and it is further

**ORDERED** that Plaintiff's complaint in this action is dismissed with prejudice; and it is finally

**ORDERED** that the Clerk shall close the Court's file for this action.

                                        **s/ Jerome B. Simandle**
                                          Jerome B. Simandle
                                     United States District Judge